```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 00008
    RONALD E BENJAMIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-1081


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/02/2008 and was not confirmed.

    The case was dismissed without confirmation 02/27/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
CITIMORTGAGE INC      CURRENT MORTG         .00            .00          .00
CITIMORTGAGE INC      MORTGAGE ARRE      25000.00          .00          .00
HAUSELMAN & RAPPIN    NOTICE ONLY   NOT FILED              .00          .00
VERONICA D JOYNER     DEBTOR ATTY           .00                         .00
TOM VAUGHN            TRUSTEE                                           .00
DEBTOR REFUND         REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                              ---------------    ---------------
TOTALS                             .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE